UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. ALVIES, | CV F 05-1035 LJO SMS HC |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
|   v. | [Doc. 10] |
| PAUL SHULTZ, | |
|     Respondent. / | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On June 22, 2007, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.[1]

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] In fact, on July 2, 2007, the Findings and Recommendation were returned to the Court as undeliverable. (Court Doc. 11.) Pursuant to Local Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of address. Absent such notice, service of documents at the prior address of record of the party is effective service. Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 22, 2007, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DENIED; and
3. The Clerk of the Court is DIRECTED to enter judgment for Respondent. This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   September 5, 2007**                     /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE